[No. 4634.]

## Loloff v. Heath.

**Certiorari—Judgments—Justices of the Peace.**

Judgments of justices of the peace may be reviewed by writ of certiorari from the county court where no appeal is provided by statute.

*Error to the County Court of Weld County.*

Messrs. Garrigues & Smith, for plaintiff in error.

Mr. Chas. F. Tew, for defendant in error.

Mr. Justice Steele delivered the opinion of the court.

The facts in this case will be found in the case of *Loloff, Appellant, v. Heath, Appellee,* decided at this term of court.

No appeal is provided by statute from a judgment of a justice of the peace taxing costs in a criminal case against the prosecuting witness, where the prosecution is found to be malicious.—*Heiderer v. The People,* 2 Colo. 672.

And the sole question for our determination is whether judgments by justices of the peace can be reviewed by writ of *certiorari* in cases where no appeal is provided by statute. We are of opinion that in such cases *certiorari* will lie; and such was the ruling of this court in the case of *Hause v. Rose,* 6 Colo. 24. The decisions of the court of appeals holding that the remedies provided by the act entitled "Justices and Constables" are exclusive, are not in conflict with this. No remedy was provided by statute.

The judgment will be reversed.    *Reversed.*